87 So.2d 658

**EMPLOYERS INSURANCE CO. OF ALA., Inc.**

v.

**James V. RIVES.**

6 Div. 14.

Supreme Court of Alabama.

May 24, 1956.

Burgin Hawkins, Birmingham, for petitioner.

Lange, Simpson, Robinson & Somerville, Birmingham, opposed.

MERRILL, Justice.

Petition of James V. Rives, doing business as Rives Construction Company, for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in the case of Employers Insurance Co. of Ala., Inc., v. Rives, 87 So.2d 646.

After remandment. See ante, p. 310, 87 So.2d 653.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

85 So.2d 906

**Rachel GRANT**

v.

**William Edward GRANT.**

I Div. 655.

Supreme Court of Alabama.

Nov. 21, 1955.

Wm. Grayson and Albert C. Gaston, Mobile, for petitioner.

A. J. Seale, Mobile, for respondent.

PER CURIAM.

Writ denied. Griffin v. Proctor, 244 Ala. 537, 14 So.2d 116.

All the Justices concur, except MAYFIELD, J., who dissents.

84 So.2d 780

**Herman HALL**

v.

**STATE.**

4 Div. 866.

Supreme Court of Alabama.

Jan. 19, 1956.

J. N. Mullins, Dothan, for petitioner.

John Patterson, Atty. Gen., Robt. Straub, Asst. Atty. Gen., Edmon L. Rinehart, Montgomery, of counsel, opposed.

MERRILL, Justice.

Petition of Herman Hall for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in Hall v. State, 84 So.2d 777.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.